**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| Artyom Sadyhyan,<br><br>                    Plaintiff,<br><br>   – against–<br><br>TD Bank USA, N.A., Experian Information Solutions, Inc.<br><br>                    Defendant(s). | C.A. No. 1:23-cv-00561-RGA<br><br><br>**NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMATION SOLUTIONS, INC.** |

Plaintiff respectfully submits this Notice of Settlement to inform the Court as follows:

1. Plaintiff and Defendant Experian Information Solutions, Inc. have reached an agreement in principle and are in the process of finalizing a confidential settlement agreement.

2. Plaintiff will file a Dismissal once the terms of the settlement agreement have been completed.

3. Accordingly, the parties request excusals from any upcoming filing or appearances requirements.

4. This notice of settlement has no effect on any other Defendant in this action.

Dated: August 29, 2023

                                              Respectfully Submitted,

                                              **GARIBIAN LAW OFFICES, P.C.**

                                              */s/ Antranig Garibian*
                                              Antranig Garibian, Esquire (Bar No. 4962)
                                              1523 Concord Pike, Suite 400
                                              Wilmington, DE  19803 (302) 722-6885
                                              ag@garibianlaw.com
                                              *Counsel for Plaintiff*