# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| Artyom Sadyhyan,<br><br>    Plaintiff,<br><br> – against–<br><br>TD Bank USA, N.A., Experian Information Solutions, Inc.<br><br>    Defendant(s). | C.A. No. 1:23-cv-00561-RGA<br><br><br><br>**NOTICE OF SETTLEMENT AS TO TD BANK USA, N.A.** |

Plaintiff respectfully submits this Notice of Settlement to inform the Court as follows:

1. Plaintiff and Defendant TD Bank USA, N.A. have reached an agreement in principle and are in the process of finalizing a confidential settlement agreement.

2. Plaintiff will file a Dismissal once the terms of the settlement agreement have been completed.

3. Accordingly, the parties request excusals from any upcoming filing or appearances requirements.

4. This notice of settlement has no effect on any other Defendant in this action.

Dated: September 27, 2023

                Respectfully Submitted,

                **GARIBIAN LAW OFFICES, P.C.**

                */s/ Antranig Garibian*
                Antranig Garibian, Esquire (Bar No. 4962)
                1523 Concord Pike, Suite 400
                Wilmington, DE  19803 (302) 722-6885
                ag@garibianlaw.com
                *Counsel for Plaintiff*