# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| Artyom Sadyhyan,<br><br>      Plaintiff,<br><br>– against–<br><br>TD Bank USA, N.A., Experian Information Solutions, Inc.<br><br>      Defendant(s). | C.A. No. 1:23-cv-00561-RGA |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT, TD BANK, N.A.

  Plaintiff by counsel, and Defendant, TD Bank, N.A., joined herein as TD Bank USA, N.A., by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause of action against TD Bank, N.A. is dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated:  October 17, 2023

Respectfully submitted,

| | |
|---|---|
| **GARIBIAN LAW OFFICES, P.C.** | **BROWN & CONNERY, LLP** |
| */s/ Antranig Garibian* | */s/ Donald K. Ludman* |
| Antranig Garibian, Esq. (No. 4962) | Donald K. Ludman Esq. (No. 4015) |
| Brandywine Plaza East | 6 North Broad Street, Suite 100 |
| 1523 Concord Pike, Suite 400 | Woodbury, NJ 08096 |
| Wilmington, DE 19803 | Tel: 856-812-8900 |
| Tel: 302-722-6885 | dludman@brownconnery.com |
| ag@garibianlaw.com | *Attorneys for Defendant TD Bank, N.A.* |
| *Attorney for Plaintiff* | |

                SO ORDERED this <u>19th</u>  day of October, 2023

                /s/ Richard G. Andrews
                United States District Judge